# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY WILLIAMS,

    Plaintiff,

v.                                      Case No. 09-13170
                                       Hon. Lawrence P. Zatkoff

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Majzoub's Report and Recommendation [dkt 13], in which the Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment [dkt 11] and grant Defendant's motion for summary judgment [dkt 12]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 11] is DENIED and Defendant's motion for summary judgment [dkt 12] is GRANTED.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: October 21, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 21, 2010.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290